UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| Great West Casualty Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cv-050-PLR-CCS |
| | ) | |
| Bobbie M. Phillips and | ) | |
| Joseph Evan Hutcheson, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion entered contemporaneously herewith, the plaintiff's motion to remand, [R. 3], is **Granted**. Both motions to strike [R. 8, 12] are **Denied**. This case is remanded to the Chancery Court of Knox County, Tennessee.

**It is so Ordered.**

_____
UNITED STATES DISTRICT JUDGE